# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

JUDITH G. SAMER, EXECUTRIX OF THE
ESTATE OF WILLIAM R. SAMER,
DECEASED,

                Petitioner

                v.

FRANK DASHNER, IV, CITY OF
BETHLEHEM SERVICE ELECTRIC
CABLE TV, INC. AND ALTRONICS, INC.,

                Respondent

JUDITH G. SAMER, EXECUTRIX OF THE
ESTATE OF WILLIAM R. SAMER,
DECEASED,

                Petitioner

                v.

ABE ALARM SERVICE AND MARK D.
WITHERS, INDIVIDUALLY, T/A AND
D/B/A ABE ALARM SERVICE,

                Respondent

: No. 243 MAL 2016
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.